**No. 09-11138. Ronal Porfirio Ordonez Orosco, Petitioner v. Janet Napolitano, Secretary of Homeland Security, et al.**

562 U.S. 863, 131 S. Ct. 389, 178 L. Ed. 2d 87, 2010 U.S. LEXIS 6555.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 598 F.3d 222.